AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| --- | --- |
| v. | ) |
|  | ) Case No. 20-6032-Hunt |
| Camilo Martinez Marin, | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 20, 2020__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Title 21, United States Code, Section 841(a)(1) | The defendant, CAMILO MARTINEZ MARIN, did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, one kilogram or more of a mixture and substance containing a detectable amount of heroin. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Kelly A. Hunt, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/21/2020

_____
*Judge's signature*

City and state:  Ft. Lauderdale, Florida

Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Kelly A. Hunt, being duly sworn, depose and state the following:

1.  1 am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since June 2016. I have received specialized training on the subject of narcotics trafficking and money laundering from the FBI, including the means and methods used by narcotics traffickers to import and distribute narcotics, drug smuggling methods, and the concealment and laundering of proceeds from illicit drug trafficking activities. As a Special Agent with the FBI, I have participated in numerous narcotics investigations and arrests for violations of Title 21, United States Code.

2.  This affidavit is based on my personal knowledge and on information provided to me by other law enforcement and law enforcement support personnel. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not include all the details of the investigation of which I am aware. The facts listed in the affidavit are known personally to me, or have been provided to me by other law enforcement officers participating in the investigation.

3.  As part of an on-going investigation, law enforcement identified CAMILO ANDRES MARTINEZ MARIN as a participant in drug trafficking activities. MARTINEZ MARIN is believed to distribute wholesale quantities of heroin.

4.  On October 31, 2019, MARTINEZ MARIN called a Broward County Sheriff (BSO) Undercover Officer (UCO) to arrange the sale of approximately a quarter (¼) kilogram of heroin. MARTINEZ MARIN and the UCO agreed to meet on November 4, 2019, to conduct the sale. On November 4, 2019, shortly after 1 p.m., law enforcement agents observed MARTINEZ MARIN arrive at a pre-determined location and enter the passenger seat of the UCO's vehicle with

a black shopping bag. While in the vehicle, MARTINEZ MARIN handed the bag to the UCO. The bag contained approximately 290 grams of suspected heroin, including the weight of packaging. The suspected heroin later field-tested positive for the presence of heroin. The UCO then handed $11,000 in official government funds to MARTINEZ MARIN.

5. On January 13, 2020, MARTINEZ MARIN called the UCO again to arrange the sale of approximately 50 grams of heroin. During the conversation, the UCO and MARTINEZ MARIN agreed to meet the following day to conduct the narcotics transaction. On January 14, 2020, shortly after 2 p.m., law enforcement observed MARTINEZ MARIN arrive at a pre-determined meeting location and enter the UCO's vehicle. While in the vehicle MARTINEZ MARIN handed the UCO approximately 56 grams of suspected heroin, including the weight of the packaging. The suspected heroin later field-tested positive for the presence of heroin. The UCO then handed MARTINEZ MARIN $2,400 in official government funds.

6. On January 18, 2020, MARTINEZ MARIN sent the UCO a message indicating in coded language that he had acquired narcotics. On January 19, 2020, the UCO and MARTINEZ MARIN communicated via telephone to arrange the sale of narcotics the following day. On January 20, 2020, at approximately 9:24 a.m., law enforcement observed a Toyota Corolla with Florida license plate "KZN Z94" arrive at a pre-determined meeting location in Broward County, Southern District of Florida, and park next to the UCO's vehicle. MARTINEZ MARIN exited the Toyota Corolla with Florida license plate "KZN Z94" and entered the UCO's vehicle. MARTINEZ MARIN then instructed the UCO to retrieve the narcotics from the Toyota Corolla. The UCO retrieved a white shopping bag from the floorboard of the front passenger seat of the Toyota Corolla. The white shopping bag contained a box, which had a rectangular package containing a brown powdery substance. The brown powdery substance weighed approximately

1,224.7 grams, including the weight of packaging. The substance field-tested positive for the presence of heroin.

7. Based on the foregoing, your Affiant respectfully submits that there is probable cause to believe that on or about January 20, 2020, CAMILO MARTINEZ MARIN did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, one kilogram or more of a mixture and substance containing a detectable amount of heroin.

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

Kelly A. Hunt, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this 21st day of January 2020

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

3